UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIFDHUULAH A. ALROWHANY,<br><br>　　　　Defendant. | Case No.: 1:13-cv-01357 LJO JLT<br><br>ORDER GRANTING THE STIPULATION TO CONTINUE THE INITIAL SCHEDULING CONFERENCE<br><br>(Doc. 11) |

　　　　In this litigation, Plaintiff claims she was denied access to a strip mall in Taft, California due to barriers that violate the Americans with Disabilities Ace, the Unruh Act and the California Disable Persons Act. (Doc. 1)

　　　　On December 13, 2013, the parties conferred with the Court and it was determined that the most efficient manner for the matter to proceed would be with a site inspection at which the parties would attempt to come agreement whether there were barriers that exist and, if so, the measures that would be needed to remediate the barriers. (Doc. 9) As a result, the Court ordered the site inspection to occur no later than February 28, 2014 and that counsel file a joint report no later than March 28, 2014. Id.

　　　　Due to scheduling conflicts, the site inspection did not occur on or before February 28, 2014. (Doc. 11) Moreover, no date was replacement site inspection date was selected and counsel allowed nearly the entire month of March to lapse without making efforts to make the site inspection. Id. Now, the parties propose to conduct the site inspection May 15, 2014 and explain that the delay is due

to the attorneys' busy schedules as well as those of their experts.  Id. at 2.

**ORDER**

Based upon the foregoing, the Court **ORDERS**:

1. The site inspection SHALL occur no later than May 15, 2014;

2. In the event that the site inspection does not resolve the matter, no later than June 2, 2014, counsel SHALL also file a status report and also an amended joint scheduling report, as required by the Court's order setting mandatory scheduling conference (Doc. 4 at 3-8).  In one of the reports, counsel SHALL detail whether they still wish to be referred to the Court's Voluntary Dispute Resolution Program;

3. The further scheduling conference/status conference is **CONTINUED** to June 16, 2014 at 10:00 a.m.

**Counsel is advised that no further extensions of these deadlines will be entertained by the Court.**

IT IS SO ORDERED.

Dated:   **March 31, 2014**                             /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE

2