# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBRA ANGLIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HIFDHUULA A. ALROWHANY,<br><br>　　　　Defendants | Case No.: 1:13-cv-01357 - LJO - JLT<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 17) |

On June 17, 2014, the Court issued an order to Plaintiff to show cause why sanctions should not be imposed for failing to appear at the scheduling conference and failing to comply with the Court's order to file a joint status report and an amended scheduling report. (Doc. 17)  On June 30, 2014, Plaintiff's counsel responded and explained that due to a calendaring error, he failed to appear at the scheduling conference.  (Doc. 19 at 2)  Counsel indicates he has directed further training of his staff so that this kind of error does not occur again.  Id.  However, counsel offers no explanation for the failure to file the joint status report or the amended scheduling order.[1]

Despite the incompleteness of counsel's explanation, the Court **ORDERS**:

1.　The order to show cause is **DISCHARGED**.

**Counsel for all parties are admonished that the Court will tolerate no further delays in**

---

[1] Moreover, the Court had ordered a site inspection to occur no later than May 15, 2014 (Doc. 12 at 2) which, apparently, has not occurred.

1

**this case and it fully expects strict compliance with its orders.  Failure to comply will result in sanctions.**

IT IS SO ORDERED.

Dated:   **July 1, 2014**                             /s/ Jennifer L. Thurston
                                                         UNITED STATES MAGISTRATE JUDGE

2