UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Debra Anglin,<br><br>       Plaintiff,<br><br>  v.<br><br>Hifdhuulah A. Alrowhany; and Does 1-10,<br><br>       Defendants. | Case No.: 1:13-CV-01357-LJO-JLT<br><br>ORDER GRANTING IN PART STIPULATION TO FILE FIRST AMENDED COMPLAINT<br><br>(Doc. 22) |

    Based upon the stipulation of the parties, the Court **ORDERS**:

1. The stipulation permitting Plaintiff to file the first amended complaint is **GRANTED**;
2. Plaintiff SHALL file her first amended complaint, attached as an exhibit to the stipulation (Doc. 22-2), **within two court days**;
3. Defendants SHALL file their responsive pleading **within 21 days** of the service of the complaint.

IT IS SO ORDERED.

    Dated:   **September 12, 2014**             **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE