1  Center for Disability Access
2  Mark Potter, Esq., SBN 166317
   Phyl Grace, Esq., SBN 171771
3  Ray Ballister Jr., Esq., SBN 111282
   Dennis Price, SBN 279082
4  <u>Mail</u>: PO Box 262490
   San Diego, CA 92196-2490
5  <u>Delivery</u>: 9845 Erma Road, Suite 300
6  San Diego, CA 92131
   (858) 375-7385; (888) 422-5191
7  Fax: phylg@potterhandy.com
8
   Attorneys for Plaintiff
9

10                    UNITED STATES DISTRICT COURT
11
                      EASTERN DISTRICT OF CALIFORNIA
12

13  DEBRA ANGLIN,                          )  CASE NO. 1:13-CV-01357-LJO-JLT
                                           )
14              Plaintiff,                 )  STIPULATION TO CONTINUE
                                           )  PLAINTIFF'S MOTION TO REOPEN
15  v.                                     )  CASE; ORDER
                                           )
16  HIFDHUULAH A. ALROWHANY; ABDUL         )
    ALROWHANY, DBA THE CELL PHONE          )
17  STORE; MOHAMMED ALROWHANY,             )  Date:  2/10/16
18  DBA THE CELL PHONE STORE and           )  Time:  8:30 a.m.
    DOES 1-10,                             )  Judge Lawrence O'Neill
19                                         )
                                           )
20              Defendants.                )
                                           )
21  _____

22       IT IS HEREBY STIPULATED by and between the parties, through their respective

23  attorneys of record, that the Motion to Reopen Case filed by Plaintiff Debra Anglin, scheduled

24  for hearing on February 10, 2016 at 8:30 a.m., shall be continued for at least 60 days, to a date to

25  be agreed upon by the parties.  The purpose of continuing the Motion to Reopen Case is to allow

26  the parties to pursue resolution of this matter through mediation.

27

28

| | |
|---|---|
| Dated: February 4, 2016 | CENTER FOR DISABILITY ACCESS |
| | By:    /s/ Phyl Grace<br>PHYL GRACE<br>Attorneys for Plaintiff<br>DEBRA ANGLIN |
| Dated: February 4, 2016 | LEWIS BRISBOIS BISGAARD & SMITH LLP |
| | By:    /s/ Shane Singh<br>SHANE SINGH<br>Attorneys for Defendant<br>HIFDHUULAH A. ALROWHANY |
| Dated: February 4, 2016 | LAW OFFICES OF MELISSA M. BALLARD |
| | BY:    /s/ Linda J.L. Sharpe<br>LINDA J. L. SHARPE<br>Attorneys for Defendants<br>ABDUL ALROWHANY dba THE CELL PHONE STORE and MOHAMMED ALROWHANY dba THE CELL PHONE STORE |

**ORDER**

The request to continue the Motion to Reopen Case filed by Plaintiff Debra Anglin, currently scheduled for hearing on February 10, 2016, is GRANTED. However, the hearing will not be taken off calendar until the parties submit a further stipulation containing a revised hearing date.

IT IS SO ORDERED.

   Dated:   **February 5, 2016**              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE