UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA ANGLIN**, <br><br>   Plaintiff, <br><br>   v. <br><br> **HIFDHUULAH A. ALROWHANY, et al.**, <br><br>   Defendants | Case: 1:13-CV-01357-LJO-JLT <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE SETTLEMENT CONFERENCE** <br><br> (Doc. 68) |

Days before the originally scheduled settlement conference, the Court learned that the plaintiff had broken both legs and was unable to attend the settlement conference. Thus, the Court vacated the conference and required counsel to select a new date. Counsel have done so. (Doc. 68) Thus, the Court **GRANTS** the stipulation and sets the settlement conference on April 21, 2017 at 1:30 p.m.

IT IS SO ORDERED.

   Dated:   **February 21, 2017**              **/s/ Jennifer L. Thurston**
                                               UNITED STATES MAGISTRATE JUDGE