UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DEBRA ANGLIN**,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>**HIFDHUULAH A. ALROWHANY;**<br>**ABDUL ALROWHANY, DBA THE**<br>**CELL PHONE STORE;**<br>**MOHAMMED ALROWHANY, DBA**<br>**THE CELL PHONE STORE**;<br>and Does 1-10,<br><br>　　　　Defendants | Case: 1:13-CV-01357-LJO-JLT<br><br>**[PROPOSED] ORDER GRANTING**<br>**STIPULATION TO CONTINUE THE**<br>**SETTLEMENT CONFERENCE**<br><br>**(Doc. 71)** |

Based upon the stipulation of counsel, the Court **ORDERS:**

1. The settlement conference is continued to **July 10, 2017 at 1:30 p.m.** before Hon. Magistrate Judge Thurston. At least five days before the continued date and if her medical condition persists in its severity, the plaintiff may request to be excused from the conference as long as she will be available by telephone;

2. In advance of the conference, counsel **SHALL** continue to discuss settlement;

///

///

3. Counsel **SHALL** file updated settlement conference statements reflecting these discussions as well as the current settlement posture of the parties, no later than June 30, 2017.

IT IS SO ORDERED.

Dated: __**April 19, 2017**__           _____/s/ Jennifer L. Thurston_
UNITED STATES MAGISTRATE JUDGE